IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRYNARD L HODGE,

    Plaintiff,
v.                          CASE NO. 1:05-cv-00086-MP-MD

JO ANNE B BARNHART,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendations of the Magistrate Judge, recommending that the decision of the Commissioner be affirmed and this action be dismissed. Objections to Report and Recommendation were due by 4/21/2006, but none were filed. Having reviewed the Report and Recommendation, the Court agrees that the Administrative Law Judge properly limited the hypothetical questions to the vocation expert to those involving limitations accepted by the Administrative Law Judge. Also, substantial evidence existed to support the Administrative Law Judge's decision that, although claimant suffered some disability, he was able to perform various types of work. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner is AFFIRMED, this action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _20th_ day of June, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge